JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARMEN ELISA ORTIZ LANDAZURI, | Case No. 5:26-cv-01419-WLH-DFM |
| Petitioner, | |
| v. | JUDGMENT |
| MARKWAYNE MULLIN et al., | |
| Respondents. | |

Considering the Joint Proposed Grant of Petition and Entry of Judgment (Dkt. 19),

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED IN PART on the grounds that Petitioner was re-detained without due process. Respondents are ENJOINED from continuing to detain Petitioner, or placing any new restriction on Petitioner's liberty such as electronic monitoring, unless she is provided with an individualized bond hearing (with reasonable notice and opportunity to prepare) before an immigration judge pursuant to 8 U.S.C. § 1226(a).

Date: May 1, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE